UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

———————————————————— x

Timothy ASKEW
    Plaintiff,

—Against—

Three (3) Officers of The N.Y.P.D.
And the City of NEW YORK, Ray
Kelly Police Commissioner
    Defendants,

———————————————————— x

CV-12-4773

Jury Trail Demanded



VITALIANO, J.

RECEIVED
SEP 21 2012
PRO SE OFFICE

GOLD, M.J.

I. Parties
Plaintiff Timothy Askew reside at 42 Christopher Ave.
Brooklyn, N.Y. 11212.
Defendants are Three (3) N.Y.P.D. Officers and the City
of NEW YORK.

II. The Jurisdiction of The Court is invoked Pursuant to
(28 U.S.C.) Illegal Search.

III. Statement of Claim. On 9/17/12 at approximatly 6:15 p.m.
I was walking back from the Store, with my friend SHAWN
HARVARD. And A Gray Dodge VAN pulled up in the middle of
the Street. And Three (3) men got out and approached me
and Mr. Harvard, stating that they were the Police. And started
searching both of us. When I asked to see there badge. I
was told to be Quiet or I will be locked up. They than
got back into their VAN. I was able to get the Lic #
which is FFR-5799. This violation of Plaintiff's
Constitutional rights, is a direct result of the city
of NEW YORK Policy, practice, and customs. One officer
did give me his badge # witch is 224.

IV. The federal Court Jurisdiction, is revolving Around federal Question. 4th Amendment, Illegal Search.

V. The remedy that Plaintiff seeks, is money damages in the Amount of $150,000,000 million dollars, injunctive And declaratory relief.

"I declare under penalty of perjury that the foregoing is True And correct.

SeTember 21, 2012
Date

Timothy Croker
PLAintiff

(342) 941-9833